UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TADZI RADECKI**

    **Plaintiff,**

v.                                           Case No.:_

**THIRD CORNERSTONE, LLC,**
**d/b/a MASSAGELUXE,**

    **Defendant.**

_____/

**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant THIRD CORNERSTONE, LLC d/b/a MASSAGELUXE (hereinafter "Defendant"), by and through its undersigned counsel, hereby gives notice of removal of the case styled *Tadzi Radecki v. Third Cornerstone, LLC, d/b/a Massageluxe*, Case No. 23-003899-CO , currently pending in the County Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division. As grounds, Defendant states as follows:

1. On or about May 23, 2023, Tadzi Radecki ("Plaintiff") filed his Complaint with the Sixth Judicial Circuit, in and for Pinellas County, Florida, initiating the State Court Action. The Summons and Complaint were served upon

Defendant's Registered Agent on May 30, 2023. Pursuant to 28 U.S.C. § 1446(b), a true and legible copy of all processes, pleadings, motions and orders on file with the State Court Action is filed herewith.

2. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within thirty days after receipt of a copy of Plaintiff's initial pleading.

3. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Tampa Division, is the district and division within which the County Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, is located.

4. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide written notice of the filing of this Notice of Removal to Plaintiff and will file a true and correct copy of this Notice of Removal with the Clerk of the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida (see State Court Other Documents).

I. **FEDERAL QUESTION.**

5. This Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. §1331, and therefore, this action is properly removable under 28 U.S.C. 1441(a).

6.    In applying that statutory provision "[t]he presence or absence of federal question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams*, 482 U.S. 386 (1987).

7.    In Count II of his two-count Complaint, Plaintiff has alleged unfair debt collection in violation of Electronic Funds Transfer Act, 15 U.S.C. §1693, *et. seq.* ("EFTA"). Thus, this Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. §§ 1331 and 1367, and the case is properly removable under 28 U.S.C. § 1441(b).

8.    The remaining claim asserted in Plaintiff's Complaint under the Florida Consumer Collection Practices Act ("FCCPA") arise out of the same case or controversy as the federal claims and therefore fall within this Court's supplemental jurisdiction. *See State Court Complaint,* 28 U.S.C. § 1367(a) ("[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related. . . that they form part of the same case or controversy under Article III of the United States Constitution."); *see also* 28 U.S.C. § 1441(c) (providing for removal of entire case).

WHEREFORE, Defendant THIRD CORNERSTONE, LLC, d/b/a MASSAGELUXE respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove *Tadzi Radecki v. Third Cornerstone, LLC d/b/a Massageluxe*, Case No. 23-003899-CO, from the County Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: June 15, 2023.                    Respectfully submitted,

*/s/ J. Robert McCormack*
J. Robert McCormack
Florida Bar No.: 864791
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: 813.289.1247
Facsimile: 813.289.6530
bob.mccormack@ogletree.com
suzette.taborelli@ogletree.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 15, 2023, I filed the foregoing with the Court using the CM/ECF System.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Brian L. Shrader, Esquire
Email: bshrader@shraderlawfirm.com
Alejandro J. Mendez, Esquire
Email: amendez@shraderlawfirm.com
Kellie N. O'Connell, Esquire
Email: konconnell@shraderlawfirm.com
SHRADER, MENDEZ & O'CONNELL
612 W. Bay Street
Tampa, FL 33606

*/s/ J. Robert McCormack*
Attorney